UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
KLAUBER BROTHERS, INC.,                                        :  **ORDER**
                                                               :
                                Plaintiff,                     :  19 Civ. 9320 (AKH)
                                                               :
        -against-                                              :
                                                               :
SHAVEL ASSOCIATES, INC., et al.,                               :
                                                               :
                                Defendant.                     :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court declines to sign the proposed protective order (ECF No. 42) because paragraphs 8.2 and 11.4 are not in conformity with Rule 4 of the Court's Individual Rules of Practice.

        SO ORDERED.

Dated:    New York, New York                    /s/ Alvin K. Hellerstein
             May 14, 2020                       ALVIN K. HELLERSTEIN
                                                    United States District Judge