UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                :

KLAUBER BROTHERS, INC.,                     :
                                                                                :      **ORDER**
                                      Plaintiff,      :
     v.                                                                  :      19 Civ. 9320 (AKH)
                                                                                :
SHAVEL ASSOCIATES, INC., ET AL.,      :
                                                                                :
                                       Defendants.      :
                                                                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 90 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

       SO ORDERED.

Dated:      August 5, 2020                                    /s/ Alvin K. Hellerstein
               New York, New York                        ALVIN K. HELLERSTEIN
                                                                     United States District Judge