

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

November 2, 2020

*So ordered*
*11-4-20*
*[signature]*

**DELIVERED VIA ECF**

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007
212-805-7942

| | |
|---|---|
| **Case Title:** | ***Klauber Brothers, Inc. v. Shavel Associates, Inc. et al.*** **1:19-cv-09320-AKH** |
| **Re:** | **Settlement – Extension of Time to File Dismissal** |

Your Honor:

Our office represents Plaintiff Klauber Brothers, Inc. in the above-referenced case. The parties have settled the case and are currently discharging their obligations under the settlement agreement. On August 11, 2020, the Court dismissed the action to allow the parties to consummate the settlement within 90 days or "an authorized enlarged date." See Dkt. No. 50.

Plaintiff hereby seeks an enlargement of that date and respectfully request that the deadline to reopen or reinstate the action be continued to January 11, 2021. This will allow additional time for the parties to fully discharge their obligations under the agreement. This is the first request for an enlargement of this deadline. Plaintiff reached out to defense counsel today for their consent but did not receive a response as of the time of this filing.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

By:  */s/ Scott Alan Burroughs*
Scott Alan Burroughs
DONIGER / BURROUGHS

**IT IS SO ORDERED:**

By:_____
Judge Alvin K. Hellerstein

1